Filed in U.S. Bankruptcy Court
Atlanta, Georgia

AUG 3 0 2010

M. Regina Thomas, Clerk
By:_____
Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CASE NO: A10-75595WLH |
| EDGAR OBLITEY, | : | CHAPTER 7 |
| Debtor. | : | JUDGE HAGENAU |

| | | |
|---|---|---|
| EDGAR OBILTELY | : | |
| Plantiffs, | : | ADVERSARY NO. 10-6441-WLH |
| v. | : | |
| CHASE HOME FINANCE, | : | |
| Defendant. | : | |

### NOTICE OF ASSIGNMENT OF HEARING

NOTICE is hereby given that the hearing on the Petition for Preliminary Injunction and Restraining Order in the above-styled adversary proceeding shall be held before the undersigned in Courtroom **1403,** United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia, at **10:30 A.M.** on the **30th** day of **SEPTEMBER, 2010.**

At Atlanta, Georgia, this 30th day of August, 2010.

*Wendy L. Hagenau*
WENDY L. HAGENAU
UNITED STATES BANKRUPTCY JUDGE

## CERTIFICATE OF MAILING

Pursuant to Fed. R. Bank. P 922, I certify that on the date stated below, I served a copy of the foregoing Notice of Assignment of Hearing on each of the persons and entities names below by United States Mail at the respective addresses shown:

Edgar Oblitey
2285 Worthington Dr.
Powder Springs, GA   30127

Chase Home Finance
c/o McCalla Raymer, LLC
1544 Old Alabama Road
Atlanta, GA   30076

Chase Home Finance
3415 Vision Dr.
Columbus, OH   43219

Office of the U.S. Trustee
Lindsey Swift
75 Spring Street, SW
Atlanta, GA   30303

August 30, 2010

Bonnie Lewis
Courtroom Deputy to Judge Haqenau