**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**NEWNAN DIVISION**

| | | |
|---|---|---|
| **IN THE MATTER OF** | ) | **CASE NO:** A10-75595WLH |
| | ) | |
| EDGAR OBLITEY, | ) | CHAPTER 7 |
| | ) | |
| Debtor, | ) | JUDGE HAGENAU |
| | ) | |

_____

| | | |
|---|---|---|
| EDGAR OBLITEY | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | **ADVERSARY NO:** 10-6441-WLH |
| v. | ) | |
| | ) | |
| CHASE HOME FINANCE | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Pursuant to Rule 12 of the Federal Rules of Civil Procedure, Defendant Chase Home

Finance, LLC (improperly sued as Chase Home Finance) ("Chase") hereby moves to dismiss this

action on the grounds that Plaintiff's Complaint fails to state a claim against Chase upon which

relief may be granted.   In support of this Motion, Chase relies on the accompanying

Memorandum of Law and the exhibits attached thereto, the other pleadings and documents on

file or referred in this action and any further evidence and/or oral argument that the Court may

request with respect to this Motion.   Accordingly, Chase respectfully requests that the Court

dismiss Plaintiff's Complaint in its entirety.

1

Respectfully submitted this 17th day of September, 2010.

WARGO & FRENCH LLP

  s/ Windy A. Hillman
SHANON J. MCGINNIS
smcginnis@wargofrench.com
Georgia Bar No. 387598
WINDY HILLMAN
whillman@wargofrench.com
Georgia Bar No. 355045
RYAN D. WATSTEIN
rwatstein@wargofrench.com
Georgia Bar No. 266019
1170 Peachtree Street, N.E.
Suite 2020
Atlanta, Georgia 30309
(404) 853-1500
(404) 853-1501 (facsimile)

*Counsel for Defendant*
*Chase Home Finance, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day filed electronically via CM/ECF a true copy of the

within and foregoing **MOTION TO DISMISS PLAINTIFF'S COMPLAINT** in the United

States Bankruptcy Court for the Northern District of Georgia.  I further hereby certify that I have

on this day served same upon the parties by United States mail, postage prepaid, addressed as

follows:

Edgar Oblitey, *Debtor*
2285 Worthington Dr.
Powder Springs, GA 30127

Robert B. Sillman, *Trustee*
Awtrey & Parker, PC
250 Lawrence Street
Marietta, GA 30060

Lindsay N.P. Swift
Office of the U.S. Trustee
75 Spring Street, S.W., Suite 362
Atlanta, GA 30303

This 17th day of September, 2010.

 s/ Windy A. Hillman
Windy A. Hillman